IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROSIE SCHWARTZ, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) No. 20-01376 |
| vs. | ) |
| | ) Hon. Jorge L. Alonso |
| MOISHE GUBIN, et al., | ) |
| | ) Magistrate Judge Sheila Finnegan |
| Defendants. | ) |

**SUPPLEMENTAL DECLARATION OF MOISHE GUBIN
IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

I, Moishe Gubin, being duly sworn on oath, depose and state:

1. I am over the age of 18 and competent to testify to the matters averred herein.

2. I am the Manager and the duly authorized representative for each of the following Defendants: Strawberry Fields, REIT, LLC; 552 Golf Links Road, LLC; 2821 West Dixon Road, LLC; and 326 Lindley Lane, LLC.

3. I make this declaration in support of the Defendants' Motion to Dismiss for lack of diversity jurisdiction.

4. **I have personal knowledge that the following facts were true before, on and after March 2, 2020, the date of the filing of this action:**

    a. Strawberry Fields REIT, LLC has as one of its Members Strawberry Patch BET L.L.C. Strawberry Patch BET L.L.C. has as one of its Members one of the Plaintiffs herein, Rosie Schwartz, a citizen of New York, as alleged in her Complaint.

    b. Additionally, Strawberry Patch BET L.L.C. has as two of its Members C & W Realty Investment, LLC and Y & B Realty Investment, LLC. At least three of the Members of both C & W Realty Investments, LLC and Y & B Realty Investments,

     LLC are Joseph M., David M. and Zalman M;[1] all of whom are citizens of New York who reside in Brooklyn, NY 11219. Therefore, C & W Realty Investments, LLC and Y & B Realty Investments, LLC are citizens of New York.

  c. Strawberry Fields REIT, LLC has as one of its Members Strawberry Patch Aleph, LLC. Three of the direct Members of Strawberry Patch Aleph, LLC, are Joseph M., Bernard S., and Rifka M.; all are citizens of New York who reside in Brooklyn, NY 11219. Therefore, Strawberry Patch Aleph, LLC is a citizen of New York.

  d. Further, another Member of Strawberry Patch Aleph, LLC, is B & N Realty Investment, LLC. Three of the Members of B & N Realty Investments, LLC are Joseph M., David M. and Zalman M; all of whom are citizens of New York who reside in Brooklyn, NY 11219.

5. After reasonable inquiry, and to the best of my knowledge and belief, I certify that the foregoing are true and correct.

    I declare pursuant to 28 U.S. Code § 1746, under penalty of perjury, that the foregoing is true and correct, executed on May 22, 2020.

                                                      _____
                                                           Moishe Gubin

---

[1] The full names and addresses of these Members of C & W Realty Investments, LLC and Y & D Realty Investments, LLC are withheld to protect the privacy interests of non-parties.