UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSEPH SCHWARTZ, et al, | ) |
| | ) |
| Plaintiffs, | ) Case No. 20 C 1376 |
| | ) |
| v. | ) Judge Jorge L. Alonso |
| | ) |
| MOISHE GUBIN, et al, | ) |
| | ) |
| Defendants. | ) |

## ORDER

The Court grants defendant's motion [16] to dismiss. This case is dismissed for want of jurisdiction. Civil case terminated.

## STATEMENT

When 44 plaintiffs, 42 of whom are limited liability companies, filed an amended complaint asserting state-law claims against 41 defendants, 39 of whom are limited liability companies, it set off jurisdictional red flags.

In their amended complaint, the plaintiffs adequately alleged the citizenship of every plaintiff. The plaintiffs include two individuals, Joseph Schwartz and Rosie Schwartz (each of whom is alleged to be a citizen of New York) and 42 limited liability companies. An unincorporated entity (such as an LLC) is a citizen of every state in which any of its members (or partners) is a citizen. *Indiana Gas Co., Inc. v. Home Ins. Co.*, 141 F.3d 314, 316 (7th Cir. 1998). Thus, "the citizenship of an LLC is the citizenship of each of its members." *Thomas v. Guardsmark, LLC*, 487 F.3d 531, 534 (7th Cir. 2007). Accordingly, a plaintiff must include allegations identifying every LLC's members and the citizenship of each member. In addition, "if those members have members, [it must identify and allege] the citizenship of those members as well." *Thomas*, 487 F.3d at 534. Plaintiffs adequately alleged the citizenship of each of the plaintiff LLCs, because they listed the members of each LLC and stated each member's citizenship. As it turns out, every member of every plaintiff LLC is a citizen of New York, which means every plaintiff LLC is a citizen of New York.

When it came to defendants, however, plaintiffs' allegations fell short. Plaintiffs alleged that the two individual defendants, Moishe Gubin and Michael Blisko, are citizens of Illinois. With respect to the 39 defendant LLCs, plaintiffs alleged upon "information and belief" that the only members were the individual defendants, such that the citizenship of each LLC was Illinois.

One of the defendants, Strawberry Fields Reit, LLC, moved to dismiss for want of jurisdiction. It filed an affidavit by defendant Moishe Gubin ("Gubin"). Gubin averred that

defendant Strawberry Fields Reit, LLC has a member named Strawberry Patch Aleph, LLC. Gubin further averred that Strawberry Patch Aleph LLC has at least three individual members (whom Gubin named) who are citizens of New York. Thus, defendant has put forth evidence that Strawberry Patch Aleph, LLC is a citizen of New York and that, in turn, defendant Strawberry Fields Reit, LLC is a citizen of New York.

Plaintiffs, as the parties asserting subject-matter jurisdiction, bear the burden of establishing jurisdiction. *Muscarello v. Ogle Cty. Bd. of Comm'rs*, 610 F.3d 416, 425 (7th Cir. 2010). "When challenged on allegations of jurisdictional facts, the parties must support their allegations by competent proof." *Hertz Corp. v. Friend*, 559 U.S. 77, 96-97 (2010). Based on the showing made by Strawberry Fields Reit, LLC, this Court granted plaintiffs time (until June 25, 2020) to put forth evidence that no defendant has a member that is a citizen of New York, lest this case be dismissed for want of jurisdiction. [Docket 20].

Plaintiffs requested time to take discovery as to jurisdiction, which discovery the Court allowed. The Court also granted plaintiffs' motion to extend their time to finish jurisdictional discovery and to respond to defendant's motion to dismiss for want of jurisdiction. Plaintiffs did not file a response by the extended deadline or since the deadline.

Because plaintiffs have failed to establish that this Court has subject-matter jurisdiction over this case, the Court grants defendant's motion [16] to dismiss for want of jurisdiction. This case is dismissed for want of jurisdiction. Civil case terminated.

**SO ORDERED.**  **ENTERED: April 4, 2018**

_____
**HON. JORGE ALONSO**
**United States District Judge**